IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL C. WENK,
FDOC Inmate No. D52128,
    Plaintiff,

vs.                                                   Case No.: 3:19cv1991/LAC/EMT

OFFICER HOOPER et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 19, 2019 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1); and

3. The clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 23rd day of August, 2019.

                                        *s/L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**